[935 NE2d 801, 909 NYS2d 9]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MACK, Appellant.

Decided September 21, 2010

### APPEARANCES OF COUNSEL

*Muldoon & Getz,* Rochester (*Gary Muldoon* of counsel), for appellant.

*Richard A. Brown, District Attorney,* Kew Gardens (*Merri Turk Lasky* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Defendant has failed to establish that he was denied the effective assistance of appellate counsel (*see People v Borrell*, 12 NY3d 365, 369 [2009]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.